

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

91

Honorable Joe Fultz
County Attorney
Grimes County
Anderson, Texas

Dear Mr. Fultz:

Opinion No. O-3109
Re: Whether or not the offices of County Attorney and independent school district trustee are incompatible.

We have your letter of inquiry of date February 18, 1941, asking us to render an opinion on the following question:

Is the office of County Attorney incompatible with the office of independent school district trustee?

Dual office holding is expressly forbidden by Section 40, Article XVI of the Constitution where both offices are civil offices of emolument. Dual office holding is forbidden to an extent at least by Section 33 of Article XVI wherein the accounting officers of the State are forbidden to issue or pay a warrant upon the treasurer for the payment of salary or compensation to a civil officer, who at the same time holds another office of honor, trust, or profit under the United States or the State of Texas. The further rule is adhered to as a matter of public policy that one may not hold two civil offices that are in their nature and functions incompatible. Thomas, et al., vs. Abernathy County Line Independent School District, 290 S.W. 152.

912

Honorable Joe Fultz, Page 2


        Your splendid brief which accompanies your let-
ter of inquiry shows conclusively, we think, that the of-
fices of County Attorney and of trustee of an independent
school district within the same county are incompatible.
We agree with your views upon this point.

        So that, it necessarily follows that your ques-
tion should be answered in the affirmative.

                              Yours very truly

                          ATTORNEY GENERAL OF TEXAS

                    By              Ocie Speer
                                    Assistant

OS:ew




            APPROVED MAR 5, 1941

                ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN